Dial HD, Inc., a Georgia Corporation, and Donald Bowers, Individually and as CEO of Dial HD, Inc., Case No. 1:09-cv-00100
Stephen M. Reams, Esq. (GA Bar #597165) Attorney for Defendant ClearOne Communications, Inc.; Smith, Currie & Hancock LLP, 2700 Marquis One Tower, 245 Peachtree Center Ave., NE, Atlanta, GA 30303; Telephone: 404-852-8107

Local Form 005a (5/10)
(formerly DC11, rev. 7/82)

# WRIT OF EXECUTION

| United States District Court | DISTRICT: SOUTHERN DISTRICT OF GEORGIA |
|---|---|

TO THE MARSHAL OF:
THE SOUTHERN DISTRICT OF GEORGIA

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
DONALD BOWERS

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| FIFTY NINE THOUSAND SIX HUNDRED SEVENTY NINE | and | DOLLARS AND 48/100 ($59,679.48) |

in the United States District Court for the SOUTHERN District of GEORGIA,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

DONALD BOWERS

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE: U.S. DISTRICT COURTHOUSE | DISTRICT: SOUTHERN DISTRICT OF GEORGIA |
|---|---|
| CITY: AUGUSTA, GEORGIA | DATE: October 18, 2018 |

Witness the Honorable J. Randal Hall
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 9-18-2018 | Scott L. Poff |
| | (BY) DEPUTY CLERK |

UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF GEORGIA

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

Augusta DIVISION

CIVIL ACTION NO. CV109-100

WRIT OF EXECUTION
(FIERI FACIAS)

REQUESTED BY:

NAME: Stephen M. Reams

FIRM NAME: Smith, Currie & Hancock LLP

ADDRESS: 2700 Marquis One Tower, 245 Peachtree Center Ave NE
Atlanta, GA 30303
404-521-3800